

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE

Appellate case name:     Joseph Montano v. The State of Texas

Appellate case number:   01-13-01081-CR

Trial court case number: 1408110

Trial court:             228th District Court of Harris County

The Court will consider briefing in this appeal of the trial court's denial of appellant's petition for writ of habeas corpus, filed pursuant to Texas Rule of Appellate Procedure 31. Appellant's brief will be due within 30 days of the date of this notice. *See* TEX. R. APP. P. 31.1; *cf.* TEX. R. APP. P. 38.6(a). Appellee's brief will be due within 30 days of the date the appellant's brief is filed. *Cf.* TEX. R. APP. P. 38.6(b).

Clerk's Signature: /s/ Christopher A. Prine
                        Clerk of the Court

Date: January 9, 2014